**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                                          **Telephone 212-349-0230**

**By ECF**

February 29, 2024

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                                Re:    <u>U.S. v. Shadell McBride</u>
                                      22 Cr. 484 (PGG)
                                      23 Cr. 204 (PPG)

Dear Judge Gardephe:

      This letter is respectfully submitted to request that a status conference be held as to Mr. McBride's case as soon as it would be convenient for Your Honor to hear us.

                                Respectfully submitted,

                                /s/Andrew Patel
                                Andrew G. Patel

cc:    All Counsel by ECF

**MEMO ENDORSED**

The Court will conduct a Conference for Defendant Mr. Brady on March 4, 2024 at 3:00 P.M.

**SO ORDERED:**

_____
Paul G. Gardephe, U.S.D.J.
Dated: March 1, 2024