UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

SHADELL MCBRIDE,

              Defendant.

**ORDER**

23 Cr. 204 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As stated on the record at today's conference, the deadline for Defendant Shadell McBride to file any pre-trial motions is extended to **March 21, 2024**.

Dated: New York, New York
       March 4, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge